**Electronically Filed
Supreme Court
SCWC-10-0000150
17-JAN-2014
08:20 AM**

SCWC-10-0000150

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

GEOFFREY MOLFINO,
Petitioner/Plaintiff-Appellant,
vs.
CHRISTOPHER J. YUEN, in his capacity as Planning Director,
County of Hawaiʻi; COUNTY OF HAWAIʻI; JOHN DOES 1-10;
JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE GOVERNMENTAL UNITS 1-10; and DOE ENTITIES 1-10,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000150; CIV. NO. 07-1-0378)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna and Pollack, JJ., and
Circuit Judge Nakasone, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellant Geoffrey Molfino's

Application for Writ of Certiorari, filed on December 9, 2013,

is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk

regarding scheduling of the oral argument.

DATED: Honolulu, Hawaiʻi, January 17, 2014.

Peter Van Name Esser
for petitioner

Laureen L. Martin and
Michael J. Udovic
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone

